ACCEPTED
03-14-00563-CR
4176262
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 1:28:43 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00563-CR

## IN THE COURT OF APPEALS

### THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 1:28:43 PM
JEFFREY D. KYLE
Clerk

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CAUSE NO. 69,201

### 264th JUDICIAL DISTRICT COURT OF

### BELL COUNTY, TEXAS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TARSHA YVONNE WILEY**            **APPELLANT**

**VS.**

**THE STATE OF TEXAS**            **APPELLEE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## APPELLANT'S SECOND MOTION FOR EXTENSION

## OF TIME TO FILE BRIEF

COMES NOW Appellant, TARSHA YVONNE WILEY, by and through her attorney of record, James H. Kreimeyer, and respectfully moves the Court to extend the time for filing the Appellant's Brief in this cause, and in support hereof would show the Court as follows:

## I.

On the 17th day of July, 2014, Defendant was found guilty by the court of the felony offense of Aggravated Assault with a Deadly Weapon, and Defendant was sentenced by the trial court to five (5) years confinement in the Texas Department of Correction – Institutional Division.

## II.

A proper Notice of Appeal was filed on August 6, 2014 in conformity with Rule 26.2(a)(1) of the Texas Rules of Appellate Procedure. Appellant's prior counsel filed an Motion to Withdraw as counsel with the district court and Appellant's counsel was appointed August 18, 2014. The Court Reporter's record was filed with this court on December 1, 2014, Appellant's counsel filed an Extension of Time to File Appellant's Brief on December 31, 2014, and Appellant's brief is due February 17, 2015.

**III.**

Appellant's attorney would respectfully request an extension of time to file Appellant's brief for the following reasons: Appellant's counsel submitted a brief reference cause no. 03-14-00462-CR, February 11th, after the second extension had been granted and brief is due February 27, 2015. Appellant's counsel had been restricted from work activities for three weeks allowing for recovery of a collapsed lung suffered January 16, 2015. Appellant's counsel would therefore request an extension of time to file brief until March 19, 2015.

This Motion for Extension of Time is not filed for the purpose of delay, but so that the ends of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellant requests the Court to grant a thirty (30) day extension of time to file the brief herein until March 19, 2015.

Respectfully submitted,

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT
P.O. BOX 727
BELTON, TEXAS 76513
(254) 939-9393
(254) 939-2870 FAX
T.S.B. #11722000
jkreime@vvm.com


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was delivered to Henry Garza, District Attorney, Bell County Courthouse, Belton, Texas 76513, on the 17th day of February 2015.

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT